50508
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company, LLC
JM5630_____

|  |  |
|---|---|
| IN RE:   MARK J. DIPPEL | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|  | CHAPTER:  13<br>CASE NO.: 19-33082 (SLM)<br>HEARING DATE: |
|  | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Ford Motor Credit Company, LLC hereby enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Ford Motor Credit Company, LLC with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Ford Motor Credit Company, LLC, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees

appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Ford Motor Credit Company, LLC by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

Ford Motor Credit Company, LLC
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962

Ford Motor Credit Company, LLC, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ __John R. Morton, Jr.___
John R. Morton, Jr., Esquire
Attorney for Ford Motor Credit Company, LLC

Dated: