Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−33082−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark J. Dippel
   61 Edstan Drive
   Moonachie, NJ 07074

Social Security No.:
   xxx−xx−5783

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/22/20 at 10:00 AM

to consider and act upon the following:

*20* – Certification of Default of Standing Trustee. re: Fail to Provide Income Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/26/2020. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

*23* – Certification in Opposition to (related document:20 Certification of Default of Standing Trustee. re: Fail to Provide Income Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/26/2020. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Mark J. Dippel. (Low, Russell)

Dated: 3/26/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court