Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−33082−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark J. Dippel
   61 Edstan Drive
   Moonachie, NJ 07074

Social Security No.:
   xxx−xx−5783

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 27, 2020.

On 4/2/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:          May 13, 2020
Time:           08:30 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 3, 2020
JAN: smz

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-33082-SLM
Mark J. Dippel                                                  Chapter 13
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2        Date Rcvd: Apr 03, 2020
                              Form ID: 185             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
db             +Mark J. Dippel,    61 Edstan Drive,    Moonachie, NJ 07074-1238
518614958      +DIVERSIFIED CONSULTANTS, INC.,    ATTN: BANKRUPTCY,    PO BOX 679543,    DALLAS, TX 75267-9543
518614960      +FIRST PREMIER BANK,    ATTN: BANKRUPTCY,    PO BOX 5524,    SIOUX FALLS, SD 57117-5524
518614962      +FIRST SAVINGS CREDIT CARD,    ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 5019,
                 SIOUX FALLS, SD 57117-5019
518720820     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Company LLC,    P.O. Box 62180,
                 Colorado Springs, CO 80962)
518614963       Firstsource Advantage, LLC,    205 Bryant Woods South, Amherst,    Buffalo, NY 14228
518614964      +Ford Motor Credit,    ATTN. Morgan, Bornstein & Morgan,    1236 Brace Rd Unit K,
                 Cherry Hill, NJ 08034-3229
518614965      +Ford Motor Credit Company LLC,    ATTN: Morgan, Bornstein & Morgan,    1236 Brace Road, Suite K,
                 Cherry Hill, NJ 08034-3229
518614967      +Hackensack Neurology Group,    211 Essex Street Suite 202,    Hackensack, NJ 07601-3245
518720906      +LAKEVIEW LOAN SERVICING LLC,    PO Box 840,    Buffalo, NY 14240-0840
518640153     ++LCI,    PO BOX 1931,    BURLINGAME CA 94011-1931
                (address filed with court:  Tea Olive, LLC,    PO BOX 1931,    Burlingame, CA 94011)
518614970      +LINOLN AUTOMOTIVE FINANCIAL SERVICES,    ATTN: BANKRUPTCY,    PO BOX 542000,
                 OMAHA, NE 68154-8000
518614976      +LTD Financial Services, LP,    3200 Wilcrest,    Suite 600,    Houston, TX 77042-6000
518614969      +Lake City Credit,    Primary Recovery Department,    PO Box 1866,    Lake Dallas, TX 75065-1866
518646821      +Lake City Credit,    P.O. Box 1655,    Lake Dallas, Tx 75065-1655
518614981      +MTA BRIDGES AND TUNNELS,    PO BOX 15187,    Albany, NY 12212-5187
518614980      +MTA Bridges and Tunnels,    ATTN: Transworld Systems Inc,    PO Box 15110,
                 Wilmington, DE 19850-5110
518614978      +Medwell, LLC,    33 Central Ave.,    Midland Park, NJ 07432-1401
518631421       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
518614982      +Neurological Associates NJ,    PO BOX 21353,    New York, NY 10087-1353
518614983      +New Century Financial Services, Inc.,    ATTN: Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518731736       New Jersey Manufacturers,    Insurance Co.,    302 Sullivan Way,    W. Trenton, NJ 08628
518614985      +North Jersey Manufacturers Insurance Co,    ATTN: Law Offices of Ann Debellis,
                 301 Sullivan Way,    Trenton, NJ 08628-3496
518614986      +PAM, LLC -New Jersey E-Pass,    PO box 1642,    Milwaukee, WI 53201-1642
518614987      +Tolls by Mail Payment Processing Center,    PO BOX 15183,    Albany, NY 12212-5183
518614989      +US ASSET MANAGEMENT INC/Verizon,    ATTN EOS CCA,    PO BOX 981008,    Boston, MA 02298-1008
518614991      +WELLS FARGO BANK NA,    ATTN: BANKRUPTCY,    1 HOME CAMPUS MAC X2303-01A,
                 DES MOINES, IA 50328-0001
518709149       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2020 01:58:08     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2020 01:58:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518614954      +E-mail/Text: ally@ebn.phinsolutions.com Apr 04 2020 01:57:25     ALLY FINANCIAL,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 380901,    BLOOMINGTON, MN 55438-0901
518614955      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 04 2020 02:07:06     CAPITAL ONE,
                 ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
518614956      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 04 2020 02:05:45
                 CAPITAL ONE AUTO FINANCE,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
518614957      +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 04 2020 01:58:36
                 CREDIT COLLECTION SERVICES,    ATTN: BANKRUPTCY,    725 CANTON ST,    NORWOOD, MA 02062-2679
518632967      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 04 2020 02:08:19
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518614959      +E-mail/Text: bnc-bluestem@quantum3group.com Apr 04 2020 01:58:30     FINGERHUT,
                 ATTN: BANKRUPTCY,    PO BOX 1250,    SAINT CLOUD, MN 56395-1250
518614966      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 04 2020 01:58:47     GENESIS BC/CELTIC BANK,
                 ATTN: BANKRUPTCY,    PO BOX 4477,    BEAVERTON, OR 97076-4401
518614968      +E-mail/Text: info@payhcs.com Apr 04 2020 01:58:35     HCS COLLECTIONS,    75 FRANKLIN TPKE,
                 WALDWICK, NJ 07463-1831
518640153       E-mail/Text: documentfiling@lciinc.com Apr 04 2020 01:57:27     Tea Olive, LLC,    PO BOX 1931,
                 Burlingame, CA 94011
518614977       E-mail/Text: camanagement@mtb.com Apr 04 2020 01:57:47     M & T BANK,    ATTN: BANKRUPTCY,
                 PO BOX 844,    BUFFALO, NY 14240
518614979      +E-mail/Text: M74banko@daimler.com Apr 04 2020 01:58:40     MERCEDES-BENZ FINANCIAL SERVICES,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 685,    ROANOKE, TX 76262-0685
518614984      +E-mail/Text: Jerry.Bogar@conduent.com Apr 04 2020 01:58:47     NJ E-Z Pass,
                 Violation Processing Ctr,    POB 4971,    Trenton, NJ 08650-4971
518694803      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 04 2020 01:58:19     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 03, 2020
                              Form ID: 185             Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518614988        +E-mail/Text: bankruptcydepartment@tsico.com Apr 04 2020 01:58:33
                   Transworld System, Inc.-KGPort,   PO Box 15273,   Wilmington, DE 19850-5273
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company LLC,   P.O. Box 62180,
                 Colorado Springs, CO  80962)
cr*             Mercedes-Benz Financial Services USA LLC,   c/o BK Servicing, LLC,   PO Box 131265,
                 Roseville, MN  55113-0011
518614961*     +FIRST PREMIER BANK,    ATTN: BANKRUPTCY,   PO BOX 5524,   SIOUX FALLS, SD 57117-5524
518614971*     +LINOLN AUTOMOTIVE FINANCIAL SERVICES,    ATTN: BANKRUPTCY,   PO BOX 542000,
                 OMAHA, NE 68154-8000
518614972*     +LINOLN AUTOMOTIVE FINANCIAL SERVICES,    ATTN: BANKRUPTCY,   PO BOX 542000,
                 OMAHA, NE 68154-8000
518614973*     +LINOLN AUTOMOTIVE FINANCIAL SERVICES,    ATTN: BANKRUPTCY,   PO BOX 542000,
                 OMAHA, NE 68154-8000
518614974*     +LINOLN AUTOMOTIVE FINANCIAL SERVICES,    ATTN: BANKRUPTCY,   PO BOX 542000,
                 OMAHA, NE 68154-8000
518614975*     +LINOLN AUTOMOTIVE FINANCIAL SERVICES,    ATTN: BANKRUPTCY,   PO BOX 542000,
                 OMAHA, NE 68154-8000
518614990*     +US ASSET MANAGEMENT INC/Verizon,   ATTN EOS CCA,   PO BOX 981008,   Boston, MA 02298-1008
                                                                               TOTALS: 0, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Mark J. Dippel ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```