UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
50508
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Ford Motor Credit Company LLC
JM-5630

**Order Filed on May 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:
MARK J. DIPPEL

Case No.: 19-33082 (SLM)

Adv. No.:

Hearing Date: 5-13-2020

Judge: Hon. Stacey L. Meisel

### ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 14, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Mark J. Dippel / 50508
Case No:   19-33082 (SLM)
Order Vacating Automatic Stay and Co-Debtor Stay

    Upon consideration of the motion of **Ford Motor Credit Company LLC** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

    **ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    **ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Theresa M. Dippel** to permit **Ford Motor Credit Company LLC** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2017 Ford F250
Vehicle Identification Number
1FT7W2BTXHEE77680