UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
51093
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Mercedes-Benz Financial Services USA LLC

**Order Filed on July 17, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARK J. DIPPEL

Case No.: 19-33082

Adv. No.:

Hearing Date: 5-13-20

Judge: SLM

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 17, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Mark J. Dippel**
**14-10609(RG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq, attorney for Mercedes-Benz Financial Services USA LLC, with the appearance of Russell Low, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Mercedes-Benz Financial Services USA LLC is the holder of a first purchase money security interest encumbering a 2013 Mercedes-Benz C300W4 bearing serial number WDDGF8AB5DA856105 (hereinafter the"vehicle").

2. The debtor shall make all contractual payments when due, being the 31st day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Mercedes-Benz Financial Services USA LLC shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. Mercedes-Benz Financial Services USA LLC shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, Mercedes-Benz Financial Services USA LLC shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

4. The debtor shall pay to Mercedes-Benz Financial Services USA LLC through the plan, a counsel fee of $431 which shall be paid by the trustee as an administrative priority expense.