RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re: MARK J. DIPPEL
61 EDSTAN DRIVE
MOONACHIE,  NJ  07074

Atty: RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-33082

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/13/2020 | $150.00 | 6477173000 | 03/18/2020 | $150.00 | 6647407000 |
| 03/20/2020 | $150.00 | 6650445000 | 04/07/2020 | $150.00 | 6696470000 |
| 05/08/2020 | $150.00 | 6777151000 | 06/26/2020 | $150.00 | 6891285000 |
| 09/21/2020 | $150.00 |  | 09/22/2020 | $300.00 | 6773105473 |
| 10/06/2020 | $150.00 | 7141657000 | 11/05/2020 | $150.00 | 7213644000 |
| 12/04/2020 | $150.00 | 7284628000 | 01/05/2021 | $150.00 | 7357855000 |

**Total Receipts: $1,950.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,950.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 143.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 1,667.85 | 2,082.15 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 |  |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,226.76 | * | 0.00 |  |
| 0003 | CAPITAL ONE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 |  |
| 0004 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 |  |
| 0005 | DIVERSIFIED CONSULTANTS, INC. | UNSECURED | 0.00 | * | 0.00 |  |
| 0006 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 |  |
| 0007 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,055.30 | * | 0.00 |  |
| 0008 | FIRST SAVINGS CREDIT CARD | UNSECURED | 0.00 | * | 0.00 |  |
| 0010 | FORD MOTOR CREDIT COMPANY, LLC | UNSECURED | 4,972.11 | * | 0.00 |  |
| 0012 | GENESIS BC/CELTIC BANK | UNSECURED | 0.00 | * | 0.00 |  |
| 0013 | HCS COLLECTIONS | UNSECURED | 0.00 | * | 0.00 |  |
| 0014 | HACKENSACK NEUROLOGY GROUP | UNSECURED | 0.00 | * | 0.00 |  |
| 0017 | LAKE CITY CREDIT | UNSECURED | 717.17 | * | 0.00 |  |

**Chapter 13 Case # 19-33082**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0018 | M & T BANK | MORTGAGE ARR! | 597.32 | 100.00% | 0.00 | |
| 0019 | MERCEDES BENZ FINANCIAL SERVICES | VEHICLE SECURE | 661.50 | 100.00% | 0.00 | |
| 0020 | MTA BRIDGES AND TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MTA BRIDGES AND TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | MEDWELL, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | NJ E-Z PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | NEUROLOGICAL ASSOCIATES NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | NEW CENTURY FINANCIAL SERVICES, IN | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | NEW JERSEY MANUFACTURERS INSURA | UNSECURED | 5,328.45 | * | 0.00 | |
| 0027 | PAM, LLC -NEW JERSEY E-PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | TOLLS BY MAIL PAYMENT PROCESSING | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | US ASSET MANAGEMENT INC/VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | WELLS FARGO CARD SERVICES | SECURED | 0.00 | 100.00% | 0.00 | |
| 0034 | US ASSET MANAGEMENT INC/VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | LINOLN AUTOMOTIVE FINANCIAL SERVI | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | LINOLN AUTOMOTIVE FINANCIAL SERVI | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,169.46 | * | 0.00 | |
| 0038 | TEA OLIVE, LLC | UNSECURED | 605.72 | * | 0.00 | |
| 0039 | FORD MOTOR CREDIT COMPANY LLC | UNSECURED | 7,739.56 | * | 0.00 | |
| 0040 | MERCEDES BENZ FINANCIAL SERVICES | ADMINISTRATIVE | 431.00 | 100.00% | 0.00 | |

**Total Paid: $1,811.25**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $1,950.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $1,811.25    =    Funds on Hand: $138.75

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.