Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−33082−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mark J. Dippel
  61 Edstan Drive
  Moonachie, NJ 07074

Social Security No.:
  xxx−xx−5783

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      2/1/22
Time:      02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low, attorney,

COMMISSION OR FEES
$1,600.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

  ☐   will not reduce the amount to be paid to general unsecured
      creditors under the plan.

  ☑   will reduce the amount to be paid to general unsecured
      creditors under the plan as follows: $1,600.00

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

  An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 4, 2022
JAN:

                                                                                          Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-33082-SLM |
| Mark J. Dippel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 04, 2022 | Form ID: 137 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark J. Dippel, 61 Edstan Drive, Moonachie, NJ 07074-1238 |
| 518614958 | + | DIVERSIFIED CONSULTANTS, INC., ATTN: BANKRUPTCY, PO BOX 679543, DALLAS, TX 75267-9543 |
| 518614962 | ++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003 address filed with court:, FIRST SAVINGS CREDIT CARD, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 5019, SIOUX FALLS, SD 57117 |
| 518614964 | + | Ford Motor Credit, ATTN. Morgan, Bornstein & Morgan, 1236 Brace Rd Unit K, Cherry Hill, NJ 08034-3229 |
| 518614965 | + | Ford Motor Credit Company LLC, ATTN: Morgan, Bornstein & Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 518614967 | + | Hackensack Neurology Group, 211 Essex Street Suite 202, Hackensack, NJ 07601-3245 |
| 518720906 | + | LAKEVIEW LOAN SERVICING LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 518614970 | + | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 518614976 | + | LTD Financial Services, LP, 3200 Wilcrest, Suite 600, Houston, TX 77042-6000 |
| 518614969 | + | Lake City Credit, Primary Recovery Department, PO Box 1866, Lake Dallas, TX 75065-1866 |
| 518614981 | + | MTA BRIDGES AND TUNNELS, PO BOX 15187, Albany, NY 12212-5187 |
| 518614980 | + | MTA Bridges and Tunnels, ATTN: Transworld Systems Inc, PO Box 15110, Wilmington, DE 19850-5110 |
| 518614978 | + | Medwell, LLC, 33 Central Ave., Midland Park, NJ 07432-1401 |
| 518614982 | + | Neurological Associates NJ, PO BOX 21353, New York, NY 10087-1353 |
| 518731736 | | New Jersey Manufacturers, Insurance Co., 302 Sullivan Way, W. Trenton, NJ 08628 |
| 518614985 | + | North Jersey Manufacturers Insurance Co, ATTN: Law Offices of Ann Debellis, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 518614986 | + | PAM, LLC -New Jersey E-Pass, PO box 1642, Milwaukee, WI 53201-1642 |
| 518614987 | + | Tolls by Mail Payment Processing Center, PO BOX 15183, Albany, NY 12212-5183 |
| 518614989 | + | US ASSET MANAGEMENT INC/Verizon, ATTN EOS CCA, PO BOX 981008, Boston, MA 02298-1008 |
| 518614991 | + | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 518709149 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: M74banko@daimler.com | Jan 04 2022 20:43:00 | Mercedes-Benz Financial Services USA LLC, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518614954 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2022 20:43:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY DEPT, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 518614955 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2022 20:42:34 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518614956 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 04 2022 20:52:50 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518614957 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

Case 19-33082-SLM  Doc 55  Filed 01/06/22  Entered 01/07/22 00:12:11  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: 137 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Jan 04 2022 20:43:00 | CREDIT COLLECTION SERVICES, ATTN: BANKRUPTCY, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 518632967 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 04 2022 20:42:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518614960 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 04 2022 20:42:35 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518614962 | | Email/Text: BNSFS@capitalsvcs.com | Jan 04 2022 20:43:00 | FIRST SAVINGS CREDIT CARD, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 5019, SIOUX FALLS, SD 57117 |
| 518720820 | | Email/Text: EBNBKNOT@ford.com | Jan 04 2022 20:43:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 518962919 | | Email/Text: EBNBKNOT@ford.com | Jan 04 2022 20:43:00 | Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 518614963 | | Email/Text: crdept@na.firstsource.com | Jan 04 2022 20:43:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, Buffalo, NY 14228 |
| 518614966 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 04 2022 20:43:00 | GENESIS BC/CELTIC BANK, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 518614968 | + | Email/Text: info@payhcs.com | Jan 04 2022 20:43:00 | HCS COLLECTIONS, 75 FRANKLIN TPKE, WALDWICK, NJ 07463-1831 |
| 518614959 | | Email/Text: bnc-bluestem@quantum3group.com | Jan 04 2022 20:43:00 | FINGERHUT, ATTN: BANKRUPTCY, PO BOX 1250, SAINT CLOUD, MN 56395 |
| 518646821 | | Email/Text: bk@lakecitycredit.com | Jan 04 2022 20:43:00 | Lake City Credit, P.O. Box 1655, Lake Dallas, Tx 75065 |
| 518614977 | | Email/Text: camanagement@mtb.com | Jan 04 2022 20:43:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 518614979 | + | Email/Text: M74banko@daimler.com | Jan 04 2022 20:43:00 | MERCEDES-BENZ FINANCIAL SERVICES, ATTN: BANKRUPTCY DEPT, PO BOX 685, ROANOKE, TX 76262-0685 |
| 518631421 | | Email/Text: M74banko@daimler.com | Jan 04 2022 20:43:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518614984 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 04 2022 20:43:00 | NJ E-Z Pass, Violation Processing Ctr, POB 4971, Trenton, NJ 08650 |
| 518614983 | | Email/Text: signed.order@pfwattorneys.com | Jan 04 2022 20:43:00 | New Century Financial Services, Inc., ATTN: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 518694803 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 04 2022 20:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518640153 | + | Email/Text: documentfiling@lciinc.com | Jan 04 2022 20:43:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518614988 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 04 2022 20:43:00 | Transworld System, Inc.-KGPort, PO Box 15273, Wilmington, DE 19850-5273 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |

Case 19-33082-SLM    Doc 55    Filed 01/06/22    Entered 01/07/22 00:12:11    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: 137 | Total Noticed: 45 |

| | | |
|---|---|---|
| cr | * | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518614961 | *+ | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518614971 | *+ | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 518614972 | *+ | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 518614973 | *+ | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 518614974 | *+ | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 518614975 | *+ | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 518614990 | *+ | US ASSET MANAGEMENT INC/Verizon, ATTN EOS CCA, PO BOX 981008, Boston, MA 02298-1008 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2022              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor Lakeview Loan Servicing LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Russell L. Low | on behalf of Debtor Mark J. Dippel ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7