RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  MARK J. DIPPEL                                     Atty:  RUSSELL L LOW ESQ
     61 EDSTAN DRIVE                                           LOW & LOW ESQS
     MOONACHIE,  NJ  07074                                     505 MAIN STREET, SUITE 304
                                                               HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 19-33082

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS AS OF 01/01/2024                                     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/13/2020 | $150.00 | 6477173000 | 03/18/2020 | $150.00 | 6647407000 |
| 03/20/2020 | $150.00 | 6650445000 | 04/07/2020 | $150.00 | 6696470000 |
| 05/08/2020 | $150.00 | 6777151000 | 06/26/2020 | $150.00 | 6891285000 |
| 09/21/2020 | $150.00 |  | 09/22/2020 | $300.00 | 6773105473 |
| 10/06/2020 | $150.00 | 7141657000 | 11/05/2020 | $150.00 | 7213644000 |
| 12/04/2020 | $150.00 | 7284628000 | 01/05/2021 | $150.00 | 7357855000 |
| 02/05/2021 | $150.00 | 7436347000 | 03/01/2021 | $150.00 | 7489464000 |
| 04/02/2021 | $150.00 | 7568800000 | 05/03/2021 | $150.00 | 7646160000 |
| 06/03/2021 | $150.00 | 7717713000 | 07/06/2021 | $150.00 | 7791473000 |
| 08/05/2021 | $150.00 | 7861108000 | 09/02/2021 | $150.00 | 7921964000 |
| 10/04/2021 | $150.00 | 7994037000 | 11/04/2021 | $150.00 | 8062023000 |
| 12/09/2021 | $150.00 | 8136840000 | 01/06/2022 | $150.00 | 8193557000 |
| 02/15/2022 | $150.00 | 8276759000 | 03/07/2022 | $150.00 | 8321647000 |
| 04/05/2022 | $150.00 | 8386818000 | 05/05/2022 | $150.00 | 8449452000 |
| 06/08/2022 | $150.00 | 8516993000 | 07/08/2022 | $150.00 | 8576446000 |
| 08/04/2022 | $150.00 | 8630288000 | 09/06/2022 | $150.00 | 8691943000 |
| 10/05/2022 | $150.00 | 8750658000 | 11/03/2022 | $150.00 | 8806620000 |
| 12/02/2022 | $150.00 | 8857477000 | 01/05/2023 | $150.00 | 8921663000 |
| 02/06/2023 | $150.00 | 8981081000 | 03/06/2023 | $150.00 | 9036640000 |
| 04/04/2023 | $150.00 | 9092645000 | 05/01/2023 | $150.00 | 9142381000 |
| 06/01/2023 | $150.00 | 9195843000 | 07/06/2023 | $150.00 | 9260637000 |
| 08/03/2023 | $150.00 | 9310143000 | 09/01/2023 | $150.00 | 9358084000 |
| 09/29/2023 | $150.00 | 9402186000 | 11/02/2023 | $150.00 | 9461280000 |
| 12/04/2023 | $150.00 | 9514626000 |  |  |  |

**Total Receipts: $7,200.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,200.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024           (Please Read Across)

**Chapter 13 Case # 19-33082**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| M & T BANK | | | | | | | |
| | 07/17/2023 | $68.97 | 8,003,597 | | 08/14/2023 | $66.55 | 8,003,655 |
| | 09/18/2023 | $66.55 | 8,003,697 | | 10/16/2023 | $66.55 | 8,003,765 |
| | 11/13/2023 | $66.55 | 8,003,825 | | 12/11/2023 | $65.48 | 8,003,871 |
| MERCEDES BENZ FINANCIAL SERVICES | | | | | | | |
| | 03/13/2023 | $12.35 | 907,293 | | 04/17/2023 | $141.75 | 908,907 |
| | 05/15/2023 | $141.75 | 910,487 | | 06/12/2023 | $135.15 | 911,967 |
| | 07/17/2023 | $76.38 | 913,491 | | 08/14/2023 | $73.70 | 915,009 |
| | 09/18/2023 | $73.70 | 916,506 | | 10/16/2023 | $73.70 | 917,978 |
| | 11/13/2023 | $73.70 | 919,425 | | 12/11/2023 | $72.52 | 920,824 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 448.65 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,350.00 | 100.00% | 5,350.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,226.76 | * | 0.00 | |
| 0003 | CAPITAL ONE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | DIVERSIFIED CONSULTANTS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,055.30 | * | 0.00 | |
| 0008 | FIRST SAVINGS CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | FORD MOTOR CREDIT COMPANY, LLC | UNSECURED | 4,972.11 | * | 0.00 | |
| 0012 | GENESIS BC/CELTIC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | HCS COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | HACKENSACK NEUROLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | LAKE CITY CREDIT | UNSECURED | 717.17 | * | 0.00 | |
| 0018 | M & T BANK | MORTGAGE ARREARS | 597.32 | 100.00% | 466.13 | |
| 0019 | MERCEDES BENZ FINANCIAL SERVICES | VEHICLE SECURED | 661.50 | 100.00% | 516.22 | |
| 0020 | MTA BRIDGES AND TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MTA BRIDGES AND TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | MEDWELL, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | NJ E-Z PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | NEUROLOGICAL ASSOCIATES NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | NEW CENTURY FINANCIAL SERVICES, IN | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | NEW JERSEY MANUFACTURERS INSURA | UNSECURED | 5,328.45 | * | 0.00 | |
| 0027 | PAM, LLC -NEW JERSEY E-PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | TOLLS BY MAIL PAYMENT PROCESSING | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | US ASSET MANAGEMENT INC/VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | WELLS FARGO CARD SERVICES | SECURED | 0.00 | 100.00% | 0.00 | |
| 0034 | US ASSET MANAGEMENT INC/VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | LINOLN AUTOMOTIVE FINANCIAL SERVI | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | LINOLN AUTOMOTIVE FINANCIAL SERVI | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,169.46 | * | 0.00 | |
| 0038 | TEA OLIVE, LLC | UNSECURED | 605.72 | * | 0.00 | |
| 0039 | FORD MOTOR CREDIT COMPANY LLC | UNSECURED | 7,739.56 | * | 0.00 | |
| 0040 | MERCEDES BENZ FINANCIAL SERVICES | ADMINISTRATIVE | 431.00 | 100.00% | 431.00 | |

**Total Paid:  $7,212.00**
See Summary

**Chapter 13 Case # 19-33082**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $7,200.00          -     Paid to Claims: $1,413.35     -     Admin Costs Paid: $5,798.65    =    Funds on Hand: $138.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.