Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 14, 2025

**Chapter 13 Case # 19-33082**

Re:  MARK J. DIPPEL  
61 EDSTAN DRIVE  
MOONACHIE, NJ  07074

Atty:  RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/13/2020 | $150.00 | 6477173000 | 03/18/2020 | $150.00 | 6647407000 |
| 03/20/2020 | $150.00 | 6650445000 | 04/07/2020 | $150.00 | 6696470000 |
| 05/08/2020 | $150.00 | 6777151000 | 06/26/2020 | $150.00 | 6891285000 |
| 09/21/2020 | $150.00 |  | 09/22/2020 | $300.00 | 6773105473 |
| 10/06/2020 | $150.00 | 7141657000 | 11/05/2020 | $150.00 | 7213644000 |
| 12/04/2020 | $150.00 | 7284628000 | 01/05/2021 | $150.00 | 7357855000 |
| 02/05/2021 | $150.00 | 7436347000 | 03/01/2021 | $150.00 | 7489464000 |
| 04/02/2021 | $150.00 | 7568800000 | 05/03/2021 | $150.00 | 7646160000 |
| 06/03/2021 | $150.00 | 7717713000 | 07/06/2021 | $150.00 | 7791473000 |
| 08/05/2021 | $150.00 | 7861108000 | 09/02/2021 | $150.00 | 7921964000 |
| 10/04/2021 | $150.00 | 7994037000 | 11/04/2021 | $150.00 | 8062023000 |
| 12/09/2021 | $150.00 | 8136840000 | 01/06/2022 | $150.00 | 8193557000 |
| 02/15/2022 | $150.00 | 8276759000 | 03/07/2022 | $150.00 | 8321647000 |
| 04/05/2022 | $150.00 | 8386818000 | 05/05/2022 | $150.00 | 8449452000 |
| 06/08/2022 | $150.00 | 8516993000 | 07/08/2022 | $150.00 | 8576446000 |
| 08/04/2022 | $150.00 | 8630288000 | 09/06/2022 | $150.00 | 8691943000 |
| 10/05/2022 | $150.00 | 8750658000 | 11/03/2022 | $150.00 | 8806620000 |
| 12/02/2022 | $150.00 | 8857477000 | 01/05/2023 | $150.00 | 8921663000 |
| 02/06/2023 | $150.00 | 8981081000 | 03/06/2023 | $150.00 | 9036640000 |
| 04/04/2023 | $150.00 | 9092645000 | 05/01/2023 | $150.00 | 9142381000 |
| 06/01/2023 | $150.00 | 9195843000 | 07/06/2023 | $150.00 | 9260637000 |
| 08/03/2023 | $150.00 | 9310143000 | 09/01/2023 | $150.00 | 9358084000 |
| 09/29/2023 | $150.00 | 9402186000 | 11/02/2023 | $150.00 | 9461280000 |
| 12/04/2023 | $150.00 | 9514626000 | 01/02/2024 | $150.00 | 9556089000 |
| 02/05/2024 | $150.00 | 9615072000 | 03/04/2024 | $150.00 | 9666503000 |
| 04/01/2024 | $150.00 | 9711950000 | 05/01/2024 | $150.00 | 9761678000 |
| 05/31/2024 | $150.00 | 9809499000 | 07/01/2024 | $150.00 | 9858916000 |
| 08/01/2024 | $150.00 | 9906954000 | 09/03/2024 | $150.00 | 9953243000 |
| 09/30/2024 | $150.00 | 1000267800 | 11/04/2024 | $150.00 | 1005331500 |

**Chapter 13 Case # 19-33082**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/02/2024 | $150.00 | 1009680400 | | | |

**Total Receipts: $9,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $9,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 556.65 | |
| ATTY | ATTORNEY | ADMIN | 5,350.00 | 100.00% | 5,350.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,226.76 | * | 131.24 | |
| 0003 | CAPITAL ONE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | DIVERSIFIED CONSULTANTS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,055.30 | * | 62.20 | |
| 0008 | FIRST SAVINGS CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | FORD MOTOR CREDIT COMPANY LLC | UNSECURED | 4,972.11 | * | 293.03 | |
| 0012 | GENESIS BC/CELTIC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | HCS COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | HACKENSACK NEUROLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | LAKE CITY CREDIT | UNSECURED | 717.17 | * | 42.27 | |
| 0018 | M & T BANK | MORTGAGE ARRE | 597.32 | 100.00% | 597.32 | |
| 0019 | MERCEDES BENZ FINANCIAL SERVICES | VEHICLE SECURE | 661.50 | 100.00% | 661.50 | |
| 0020 | MTA BRIDGES AND TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MTA BRIDGES AND TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | MEDWELL, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | NJ E-Z PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | NEUROLOGICAL ASSOCIATES NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | NEW CENTURY FINANCIAL SERVICES, IN | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | NEW JERSEY MANUFACTURERS INSURA | UNSECURED | 5,328.45 | * | 314.03 | |
| 0027 | PAM, LLC -NEW JERSEY E-PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | TOLLS BY MAIL PAYMENT PROCESSING | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | US ASSET MANAGEMENT INC/VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | WELLS FARGO CARD SERVICES | SECURED | 0.00 | 100.00% | 0.00 | |
| 0034 | US ASSET MANAGEMENT INC/VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | LINOLN AUTOMOTIVE FINANCIAL SERVI | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | LINOLN AUTOMOTIVE FINANCIAL SERVI | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,169.46 | * | 68.92 | |
| 0038 | TEA OLIVE, LLC | UNSECURED | 605.72 | * | 35.71 | |
| 0039 | FORD MOTOR CREDIT COMPANY LLC | UNSECURED | 7,739.56 | * | 456.13 | |
| 0040 | MERCEDES BENZ FINANCIAL SERVICES | ADMINISTRATIVE | 431.00 | 100.00% | 431.00 | |

**Total Paid: $9,000.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 04/15/2024 | $12.86 | 926160 | | 05/10/2024 | $12.90 | 927631 |
| | 06/17/2024 | $12.90 | 929034 | | 07/15/2024 | $12.91 | 930518 |
| | 08/19/2024 | $13.33 | 931933 | | 09/16/2024 | $13.31 | 933393 |
| | 10/21/2024 | $13.34 | 934795 | | 11/18/2024 | $13.32 | 936275 |
| | 12/16/2024 | $13.17 | 937662 | | 01/13/2025 | $13.20 | 939105 |

**Chapter 13 Case # 19-33082**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **FORD MOTOR CREDIT COMPANY LLC** | | | | | | | |
| | 04/15/2024 | $44.70 | 925702 | | 05/10/2024 | $44.82 | 927208 |
| | 06/17/2024 | $44.85 | 928570 | | 07/15/2024 | $44.89 | 930088 |
| | 08/19/2024 | $46.31 | 931481 | | 09/16/2024 | $46.27 | 932985 |
| | 10/21/2024 | $46.34 | 934338 | | 11/18/2024 | $46.31 | 935834 |
| | 12/16/2024 | $45.83 | 937218 | | 01/13/2025 | $45.81 | 938646 |
| | 01/13/2025 | $29.43 | 938981 | | | | |
| **FORD MOTOR CREDIT COMPANY, LLC** | | | | | | | |
| | 04/15/2024 | $28.71 | 926328 | | 05/10/2024 | $28.83 | 927792 |
| | 06/17/2024 | $28.81 | 929216 | | 07/15/2024 | $28.79 | 930681 |
| | 08/19/2024 | $29.75 | 932108 | | 09/16/2024 | $29.78 | 933551 |
| | 10/21/2024 | $29.74 | 934965 | | 11/18/2024 | $29.75 | 936440 |
| | 12/16/2024 | $29.44 | 937821 | | | | |
| **JEFFERSON CAPITAL SYSTEMS LLC** | | | | | | | |
| | 04/15/2024 | $6.75 | 8004037 | | 04/15/2024 | $6.09 | 8004037 |
| | 05/10/2024 | $6.12 | 8004083 | | 05/10/2024 | $6.78 | 8004083 |
| | 06/17/2024 | $6.78 | 8004127 | | 06/17/2024 | $6.12 | 8004127 |
| | 07/15/2024 | $6.11 | 8004172 | | 07/15/2024 | $6.77 | 8004172 |
| | 08/19/2024 | $7.00 | 8004211 | | 08/19/2024 | $6.32 | 8004211 |
| | 09/16/2024 | $6.31 | 8004253 | | 09/16/2024 | $7.00 | 8004253 |
| | 10/21/2024 | $6.99 | 8004292 | | 10/21/2024 | $6.31 | 8004292 |
| | 11/18/2024 | $6.31 | 8004335 | | 11/18/2024 | $7.01 | 8004335 |
| | 12/16/2024 | $6.92 | 8004375 | | 12/16/2024 | $6.25 | 8004375 |
| | 01/13/2025 | $6.26 | 8004415 | | 01/13/2025 | $6.92 | 8004415 |
| **LAKE CITY CREDIT** | | | | | | | |
| | 05/10/2024 | $8.30 | 927879 | | 07/15/2024 | $8.31 | 930766 |
| | 09/16/2024 | $8.59 | 933633 | | 11/18/2024 | $8.57 | 936528 |
| | 01/13/2025 | $8.50 | 939345 | | | | |
| **M & T BANK** | | | | | | | |
| | 07/17/2023 | $68.97 | 8003597 | | 08/14/2023 | $66.55 | 8003655 |
| | 09/18/2023 | $66.55 | 8003697 | | 10/16/2023 | $66.55 | 8003765 |
| | 11/13/2023 | $66.55 | 8003825 | | 12/11/2023 | $65.48 | 8003871 |
| | 01/08/2024 | $65.48 | 8003920 | | 02/12/2024 | $65.48 | 8003959 |
| | 03/11/2024 | $65.49 | 8004006 | | 04/15/2024 | $0.22 | 8004045 |
| **MERCEDES BENZ FINANCIAL SERVICES** | | | | | | | |
| | 03/13/2023 | $12.35 | 907293 | | 04/17/2023 | $141.75 | 908907 |
| | 05/15/2023 | $141.75 | 910487 | | 06/12/2023 | $135.15 | 911967 |
| | 07/17/2023 | $76.38 | 913491 | | 08/14/2023 | $73.70 | 915009 |
| | 09/18/2023 | $73.70 | 916506 | | 10/16/2023 | $73.70 | 917978 |
| | 11/13/2023 | $73.70 | 919425 | | 12/11/2023 | $72.52 | 920824 |
| | 01/08/2024 | $72.52 | 922206 | | 02/12/2024 | $72.52 | 923583 |
| | 03/11/2024 | $72.51 | 925017 | | 04/15/2024 | $0.25 | 926476 |
| **NEW JERSEY MANUFACTURERS INSURANCE CO.** | | | | | | | |
| | 04/15/2024 | $30.77 | 926535 | | 05/10/2024 | $30.89 | 927966 |
| | 06/17/2024 | $30.88 | 929417 | | 07/15/2024 | $30.85 | 930843 |
| | 08/19/2024 | $31.89 | 932300 | | 09/16/2024 | $31.90 | 933713 |
| | 10/21/2024 | $31.87 | 935159 | | 11/18/2024 | $31.88 | 936609 |
| | 12/16/2024 | $31.56 | 938001 | | 01/13/2025 | $31.54 | 939420 |
| **TEA OLIVE, LLC** | | | | | | | |
| | 05/10/2024 | $7.01 | 928324 | | 07/15/2024 | $7.02 | 931213 |
| | 09/16/2024 | $7.25 | 934088 | | 11/18/2024 | $7.24 | 936992 |
| | 01/13/2025 | $7.19 | 939829 | | | | |

**Chapter 13 Case # 19-33082**

## SUMMARY

| |
|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2025. |
| Receipts: $9,000.00         -    Paid to Claims: $3,093.35       -    Admin Costs Paid: $5,906.65    =    Funds on Hand: $0.00 |
| Base Plan Amount: $9,000.00              -       Receipts:  $9,000.00                  =     Total Unpaid Balance: **$0.00 |

**\*\*NOTE**:   THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY   AFFECT THE AMOUNT TO COMPLETE THE PLAN.