| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mark J. Dippel<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5783<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–33082–SLM | |

# Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Mark J. Dippel

3/20/25                                **By the court:** Stacey L. Meisel
                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                      **Chapter 13 Discharge**                      page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                   Case No. 19-33082-SLM

Mark J. Dippel                                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                                                      User: admin                                                          Page 1 of 4

Date Rcvd: Mar 20, 2025                                       Form ID: 3180W                                        Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark J. Dippel, 61 Edstan Drive, Moonachie, NJ 07074-1238 |
| cr | | Ford Motor Credit Company LLC Department, AIS Portfolio Services LLC, 4151 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118 |
| 518614958 | + | DIVERSIFIED CONSULTANTS, INC., ATTN: BANKRUPTCY, PO BOX 679543, DALLAS, TX 75267-9543 |
| 518614964 | + | Ford Motor Credit, ATTN. Morgan, Bornstein & Morgan, 1236 Brace Rd Unit K, Cherry Hill, NJ 08034-3229 |
| 518614965 | + | Ford Motor Credit Company LLC, ATTN: Morgan, Bornstein & Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 518614967 | + | Hackensack Neurology Group, 211 Essex Street Suite 202, Hackensack, NJ 07601-3245 |
| 518614976 | + | LTD Financial Services, LP, 3200 Wilcrest, Suite 600, Houston, TX 77042-6000 |
| 518614969 | + | Lake City Credit, Primary Recovery Department, PO Box 1866, Lake Dallas, TX 75065-1866 |
| 518614981 | + | MTA BRIDGES AND TUNNELS, PO BOX 15187, Albany, NY 12212-5187 |
| 518614980 | + | MTA Bridges and Tunnels, ATTN: Transworld Systems Inc, PO Box 15110, Wilmington, DE 19850-5110 |
| 518614978 | + | Medwell, LLC, 33 Central Ave., Midland Park, NJ 07432-1401 |
| 518614982 | + | Neurological Associates NJ, PO BOX 21353, New York, NY 10087-1353 |
| 518731736 | | New Jersey Manufacturers, Insurance Co., 302 Sullivan Way, W. Trenton, NJ 08628 |
| 518614985 | + | North Jersey Manufacturers Insurance Co, ATTN: Law Offices of Ann Debellis, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 518614986 | + | PAM, LLC -New Jersey E-Pass, PO box 1642, Milwaukee, WI 53201-1642 |
| 518614989 | + | US ASSET MANAGEMENT INC/Verizon, ATTN EOS CCA, PO BOX 981008, Boston, MA 02298-1008 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: EBNBKNOT@ford.com | Mar 20 2025 20:46:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| cr | + | EDI: MERCEDES | Mar 21 2025 00:29:00 | Mercedes-Benz Financial Services USA LLC, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518614954 | + | EDI: GMACFS.COM | Mar 21 2025 00:29:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY DEPT, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 518631421 | | Email/Text: notices@bkservicing.com | Mar 20 2025 20:44:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518614955 | + | EDI: CAPITALONE.COM | Mar 21 2025 00:29:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518614956 | + | EDI: CAPONEAUTO.COM | Mar 21 2025 00:29:00 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

Case 19-33082-SLM  Doc 73  Filed 03/22/25  Entered 03/23/25 00:16:58  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 3180W | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 518614957 | + | EDI: CCS.COM | Mar 21 2025 00:29:00 | CREDIT COLLECTION SERVICES, ATTN: BANKRUPTCY, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 518632967 | + | EDI: AIS.COM | Mar 21 2025 00:29:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518614960 | + | EDI: AMINFOFP.COM | Mar 21 2025 00:29:00 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518614962 | | Email/Text: BNSFS@capitalsvcs.com | Mar 20 2025 20:44:00 | FIRST SAVINGS CREDIT CARD, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 5019, SIOUX FALLS, SD 57117 |
| 518962919 | | Email/Text: EBNBKNOT@ford.com | Mar 20 2025 20:46:00 | Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 518614963 | | Email/Text: crdept@na.firstsource.com | Mar 20 2025 20:46:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, Buffalo, NY 14228 |
| 518720820 | + | EDI: AISACG.COM | Mar 21 2025 00:29:00 | Ford Motor Credit Company LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520216694 | + | EDI: AISACG.COM | Mar 21 2025 00:29:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518614966 | + | EDI: PHINGENESIS | Mar 21 2025 00:29:00 | GENESIS BC/CELTIC BANK, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 518614968 | + | Email/Text: info@payhcs.com | Mar 20 2025 20:46:00 | HCS COLLECTIONS, 75 FRANKLIN TPKE, WALDWICK, NJ 07463-1831 |
| 518614959 | | EDI: BLUESTEM | Mar 21 2025 00:29:00 | FINGERHUT, ATTN: BANKRUPTCY, PO BOX 1250, SAINT CLOUD, MN 56395 |
| 518646821 | | Email/Text: bk@lakecitycredit.com | Mar 20 2025 20:43:00 | Lake City Credit, P.O. Box 1655, Lake Dallas, Tx 75065 |
| 518720906 | ^ | MEBN | Mar 20 2025 20:42:20 | LAKEVIEW LOAN SERVICING LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 518614970 | + | Email/Text: EBNBKNOT@ford.com | Mar 20 2025 20:46:00 | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 518614977 | | Email/Text: camanagement@mtb.com | Mar 20 2025 20:44:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 518614979 | + | EDI: MERCEDES | Mar 21 2025 00:29:00 | MERCEDES-BENZ FINANCIAL SERVICES, ATTN: BANKRUPTCY DEPT, PO BOX 685, ROANOKE, TX 76262-0685 |
| 518614984 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 20 2025 20:43:00 | NJ E-Z Pass, Violation Processing Ctr, POB 4971, Trenton, NJ 08650 |
| 518614983 | | Email/Text: signed.order@pfwattorneys.com | Mar 20 2025 20:43:00 | New Century Financial Services, Inc., ATTN: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 518694803 | + | EDI: JEFFERSONCAP.COM | Mar 21 2025 00:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518640153 | + | EDI: LCIFULLSRV | Mar 21 2025 00:29:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518614987 | ^ | MEBN | Mar 20 2025 20:43:57 | Tolls by Mail Payment Processing Center, PO BOX 15183, Albany, NY 12212-5183 |
| 518614988 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 20 2025 20:46:00 | Transworld System, Inc.-KGPort, PO Box 15273, Wilmington, DE 19850-5273 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 3180W | Total Noticed: 48 |

| 518614991 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Mar 20 2025 21:15:58 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 518709149 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Mar 20 2025 21:04:30 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518614961 | *+ | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518614971 | *+ | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 518614972 | *+ | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 518614973 | *+ | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 518614974 | *+ | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 518614975 | *+ | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 518614990 | *+ | US ASSET MANAGEMENT INC/Verizon, ATTN EOS CCA, PO BOX 981008, Boston, MA 02298-1008 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025               Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor Lakeview Loan Servicing LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Russell L. Low | on behalf of Debtor Mark J. Dippel ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 3180W | Total Noticed: 48 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8